FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |

UNITED STATES OF AMERICA

V.

Michael Francis Heald and
Bradley Stephen Paul

## JUDGMENT OF ACQUITTAL

CASE NUMBER:  4:14-cr-0068-KGB

Defendant Michael Francis Heald was found not guilty after a jury trial.  It is ordered that defendant Michael Francis Heald is acquitted, discharged, and any bond exonerated.

Defendant Bradley Stephen Paul was found not guilty after a jury trial.  It is ordered that defendant Bradley Stephen Paul is acquitted, discharged, and any bond exonerated.

_Kristine G. Baker_
Signature of Judge

Kristine G. Baker - District Judge

| Name of Judge | Title of Judge |

11/1/2016

Date